# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

---

ELAINE WANG,

    Plaintiff,

v.

ENDOCYTE CORP., JOHN C. APLIN, PH.D., COLIN GODDARD, PH.D., MARC KOZIN, PHILIP S. LOW, PH.D., PATRICK MACHADO, FRED A. MIDDLETON, LESLEY RUSSELL, MIKE A. SHERMAN, DAWN SVORONOS,

    Defendants.

---

Civil Action No.  4:18-cv-00085-JVB-JEM

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Elaine Wang ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have not filed an answer, motion to dismiss or a motion for summary judgment. Plaintiff's dismissal of the Action is therefore effective upon the filing of this notice. This Court shall retain continuing jurisdiction for purposes of entertaining a mootness fee application, if any, which shall be filed under this case number.

DATED:  December 20, 2018

OF COUNSEL:

Gloria Kui Melwani
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
Tel: 212-545-4600
Fax: 212-686-0114
melwani@whafh.com

Respectfully submitted,

**RILEY WILLIAMS & PIATT, LLC**

By: */s/ James A. Piatt*
William N. Riley (#14941-49)
James A. Piatt (#28320-49)
301 Massachusetts Avenue, Suite 300
Indianapolis, IN 46204
Tel.: (317) 633-5270
Fax: (317) 426-3348
wriley@rwp-law.com

jpiatt@rwp-law.com

*Attorneys for Plaintiff*